**STATE of Missouri, Respondent,**

v.

**Larry Mark WALLER, Appellant.**

**No. WD 41739.**

Missouri Court of Appeals,
Western District.

Nov. 21, 1989.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied Jan. 2, 1990.

Mark T. Kempton, Wesner Kempton and Russell, Sedalia, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

---

## ORDER

**PER CURIAM.**

Appeal from conviction for sale of methamphetamine, § 195.020, RSMo 1986, and sentence of imprisonment of five years.

Judgement affirmed. Rule 30.25(b).